AF07-0110

IN THE SUPREME COURT OF THE STATE OF MONTANA

STATE LAW LIBRARY
FEB 2 1 2007
OF MONTANA

IN RE THE PROPOSED AMENDMENTS )
TO THE MONTANA UNIFORM ) ORDER
DISTRICT COURT RULES )

On June 19, 2003, this Court entered an order reconstituting and expanding the Uniform District Court Rules Commission (the Commission) with direction to re-examine the Uniform District Court Rules (UDCR) in light of "developments in the statutory and case law" and "substantial increased court caseloads and, in some cases, concomitant delay in civil trial settings and other proceedings."

The Commission has presented the Court with a set of proposed revisions to the UDCR which address delay in the District Courts.

In January 2007, the National Center for State Courts, Court Services Division, submitted its final Montana District Courts Judicial Workload Assessment Study.

The District Court Council has requested that, before this Court publishes the Commission's proposed revisions to the UDCR for comments, the District Court Council be given an opportunity to meet with the Commission to explore the possibility of arriving at a comprehensive set of performance standards and to develop recommendations for the 2009 legislative session.

It appearing to be in the best interests of the public, the bar and the bench that such discussion take place,

IT IS HEREBY ORDERED:

1. The chairs of the District Court Council and the Commission on Uniform District Court Rules arrange for the two entities or their representatives to meet and discuss the impact of the workload assessment study on the Commission's proposed revisions to the UDCR.

FILED

FEB 0 7 2007

Ed Smith
CLERK OF THE SUPREME COURT
STATE OF MONTANA

1

2. On or before May 2, 2007, the Commission, having conferred with the District Court Council and any other entities of the Commission's choosing, shall file a status report with the Court indicating whether the Commission wishes to revise, withdraw, or resubmit its proposed revisions.

3. The Clerk is directed to mail a copy hereof to each member of the Uniform District Court Rules Commission and each member of the District Court Council, and to the President of the Montana Association of Clerks of Court.

DATED this 7th day of February, 2007.

_____
Chief Justice

_____

_____

_____

John Warner

_____
Justices

2